DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHERRI BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2900

[August 5, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case Nos. 15006571CFA and 18012119CFA.

Carey Haughwout, Public Defender, and Gary Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Sherri Brown, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, and Lindsay Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We find no issue of arguable merit in this *Anders*[1] appeal and affirm the circuit court's orders revoking the defendant's probation and imposing sentences. However, the record does not contain a written revocation order specifying which conditions of probation the defendant was found to have violated. Accordingly, we remand to the circuit court for entry of a written revocation order. *See Brown v. State,* 10 So. 3d 1203 (Fla. 4th DCA 2009).

*Affirmed; remanded with instructions.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

\* \* \*

---

[1] *Anders v. California,* 386 U.S. 738 (1967).

*Not final until disposition of timely filed motion for rehearing.*